Certificate Number: 05781-WAW-DE-041272036

Bankruptcy Case Number: 26-42000



05781-WAW-DE-041272036

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 31, 2026</u>, at <u>11:42</u> o'clock <u>AM PDT</u>, <u>Trevor Merck</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Washington</u>.

Date: <u>July 31, 2026</u>          By: <u>/s/Allison M Geving</u>

                              Name: <u>Allison M Geving</u>

                              Title: <u>President</u>